DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, Respondent.

In the Matter of ELISSA KANE et al., Appellants, v JOHN MARSOLAIS, as Albany City Clerk, et al., Respondents.

SYLVIA SAMUELS et al., Appellants, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

JASON SEYMOUR et al., Appellants, v JULIE HOLCOMB, as City Clerk of the City of Ithaca, et al., Respondents.

Submitted May 1, 2006; decided May 4, 2006

Motion by James Q. Wilson et al. for leave to file a brief amici curiae on the appeals herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

Judge ROSENBLATT taking no part.

DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, Respondent.

In the Matter of ELISSA KANE et al., Appellants, v JOHN MARSOLAIS, as Albany City Clerk, et al., Respondents.

SYLVIA SAMUELS et al., Appellants, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

JASON SEYMOUR et al., Appellants, v JULIE HOLCOMB, as City Clerk of the City of Ithaca, et al., Respondents.

Submitted May 1, 2006; decided May 4, 2006

Motion by Alliance for Marriage for leave to file a brief amicus curiae on the appeals herein granted. Two copies of the brief may be served and 24 copies filed within seven days.